FILED IN OPEN COURT
U.S.D.C. - Atlanta

FEB 28 2023

KEVIN P. WEIMER, Clerk
By: _____ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>CAREY CRENSHAW III | Criminal Information<br><br>No. 1:23-CR-72 |

THE UNITED STATES ATTORNEY CHARGES THAT:

On or about January 3, 2023, in the Northern District of Georgia, the defendant, Carey Crenshaw III, did forcibly assault A.W., an employee of the United States and the United States Department of Veterans Affairs, while A.W. was engaged in official duties at Atlanta Veterans Affairs Medical Center in Decatur, Georgia, in the Northern District of Georgia.

All in violation of 18 U.S.C. § 111(a)(1).

RYAN K. BUCHANAN
*United States Attorney*

*/s/ Alana R. Black*

ALANA R. BLACK
 *Assistant United States Attorney*
Georgia Bar No. 785045

600 U.S. Courthouse
75 Ted Turner Drive SW
Atlanta, GA 30303
404-581-6000; Fax: 404-581-6181